UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Daniel Hiltz

                Plaintiff,

v.                                            Case No.: 1:21−cv−03140
                                                           Honorable Harry D. Leinenweber

Inventure Foods, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 1, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference held and continued to 12/15/21 at 9:00 a.m. Settlement reported. Parties shall advise the Court by 12/10/21 if the telephonic status is needed. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.