IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL HILTZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br><br>INVENTURE FOODS, INC.,<br><br>Defendant | Case No. 1:21-cv-03140<br><br>Honorable Harry D. Leinenweber |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff and Defendant hereby stipulate to the voluntary dismissal of this matter with prejudice. Each side shall bear their own costs and fees, including attorneys' fees.

Dated: December 14, 2021

SHEEHAN & ASSOCIATES, P.C.

*[DocuSigned by: F5B5F3CD9AE04B9...]*

Spencer Sheehan, Esq.
60 Cutter Mill Rd. Suite 409
Great Neck, NY 11021

COZEN O'CONNOR

*[signature]*

Richard Fama, Esq.
3 WTC
175 Greenwich Street, 56th Floor
New York, NY 10007